Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

2022 AUG 17 PM 3:56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ___AP___

Case No. EDCV22-01453-JGB(KK)
*(to be filled in by the Clerk's Office)*

~~Molina~~ BCS
Barry C. Suinz
~~Isabel Barriero~~ Linda BCS

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

~~NRA/Michael Victor Quezada~~
~~Inland Valley Medical Center~~
~~Berglund & Johnson~~
~~Riverside County Sheriff~~

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

N/S

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Barry Christopher Suinz
Street Address: 1084 Circle City Dr.
City and County: Corona, CA
State and Zip Code: 92879
Telephone Number: (951) 336-9957
E-mail Address: HCMbcs3277@outlook.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
Name: Michael Viktor Quezada
Job or Title (if known): Retired "3M"
Street Address: Missing
City and County: last known
State and Zip Code: 17492 Nebraska Ave
Telephone Number: Lake Elsinore, Ca
E-mail Address (if known): 92530

**Defendant No. 2**
Name: Inland Valley Medical Center
Job or Title (if known): 36485 Inland Valley
Street Address: Dr. Wildomar Ca 92595
City and County: RN. David & Case Worker APS
State and Zip Code:
Telephone Number: (951) 677-1111
E-mail Address (if known): Case managers

**Defendant No. 3**
Name: Riverside County Sheriff
Job or Title (if known): Coroner's
Street Address: 800 S. Redlands Ave
City and County: Perris, Ca 92570
State and Zip Code:
Telephone Number: (951) 443-2362 — Deputies
E-mail Address (if known): Deputy Vasquez & Frey
case agent                          Buck

**Defendant No. 4**
Name: Berglund & Johnson
Job or Title (if known):
Street Address: 19700 Von Karmen
City and County: Ave, Irvine, Ca
State and Zip Code: 92612
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. _Article 1, section 8 / 8 U.S.C. §1430(a),) Amendment 8 and 14 holding on to 3_

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _Barry Christopher Sainz_, is a citizen of the State of *(name)* _California_.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _Barry L. Sainz_, is incorporated under the laws of the State of *(name)* _____
       and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _Michael Victor Qunnucky_, is a citizen of the State of *(name)* _California_   Or is a citizen of *(foreign nation)* _____

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy $2,000,000 for Michael + $14,000,000 NRA

Riverside County Sheriff Deputy E Johnson $14,000,000

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Inland Valley Medical Center $5,000,000 properly read schedule of benefits, they wouldn't have adopted the plans, such acts are criminal (a contract to kill) meaning in witch state is that legal. or are they building there own to dome as they might nature hand

III. **Statement of Claim** picuse.

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the just facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was playing involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including full the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and why my write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. Game

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff      *Barry Christopher Sims*
Printed Name of Plaintiff

#### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

In witch state or provance is it legal or permisable to be held as bounty with out being saught by the proper governing agencies, investigated, put under arrest, tried by Judge and Jury and to be found guilty sentenced and prosicuted the alligations did not exceed the amount that was held as ransome, but for future curency to bring forth profit, stability and furthermore conspire against?

To execute such laws is a contradiction to our civil and constututional rights and is a form of Treson Amendment 3 as United States of America, legal or illegal Citizens.

1) Micheal Victor Quezada
$2,000,000

2) Berglund & Johnson $14,000,000

3) NRA National Riffle Association
$14,000,000

4) Inland Valley Medical Center
$5,000,000

5) Riverside County Sherriffs Department
Perris/Lake Elsinore, CA
Coroner

On May 8 or ob about 1994 Michael Victor Quezada picked up his wife & daughter in Indio, Ca. Isabell Barrera Quezada & my younger sister who was 10yrs old at the time got or I should say were held against their will, untill Michael Victor Quezad was done trying to get the attention of any Government agencie. He killed 2 people, made a bomb threat against Riverside General Hospital and who knows what else. He created an accident on papper to cover it up and use as his alibi. He hired Berglund & Johnson to represent him. But it was well coriographed that it went straight to Arbitrators. They went after Euserpurman ter and aske for dollar amount what future treatment was going to cost. Jeorge Molina was under ese Elizabeth Dowrke was owner of Law

and Michael Victor Molina was supposidly the bythev. His Michael Victor Molina's account got froze "for future injuries arising from accident" He passed away in 2017. Michael Victor Quezada opens up a trust group contributory/ life insurance policy worth $1,000,000+ He presented what he wanted practicly a contract to kill were he could pull money at and change witch ever plan he wanted to be in. once a month. He provoked my mothers death in 2020 and poisoned me. Im waiting on surgery. Her rights as a patient ww took in and put into his hands for refusing what he had in mind (to meet his schedule) the initial 911 call made by me was not taken into consideration nor were my phone calls nor me opening an APS

Case on Michael Victor Quezada. Eucalyptus leafs produce non deluted oil witch is very toxic. Give a person oxygen with that witch effects your nerve system gastric intestines and you blow them up but first you get Asperation pnamonia. Eucalyptus if not futher tested comes up as bacteria. Michael Victor Quezada was trained in this!

I know this about the following date because I investigated and went to Coroner library looked into microfilm and know accident and remember remarks from the past and called CHP. No Record!