JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Christopher Sainz<br><br>                                v.<br><br>Michael Victor Quezada, et al.<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S) | CASE NUMBER<br><br>5:22cv01453-JGB(KKx)<br><br>ORDER ON REQUEST TO PROCEED<br>*IN FORMA PAUPERIS*<br>(NON-PRISONER CASE) |

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that the party who filed the Request:

☐ is not able to pay the filing fees.    ☐ is able to pay the filing fees.

☐ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees. This is what is missing:


**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☐ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☐ The Request is DENIED because the filer has the ability to pay.

☐ As explained in the attached statement, the Request is DENIED because:

  ☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.
  ☐ The action is frivolous or malicious.
  ☐ The action fails to state a claim upon which relief may be granted.
  ☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☐ Within 30 days of the date of this Order, the filer must do the following:


If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☒ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☒ WITHOUT PREJUDICE ☐ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

September 7, 2022                                         /s/ JGB
_____                    _____
Date                                                               United States District Judge

The Court ascertains that the Complaint alleges a vague conspiracy which involves Defendant Michael Quezada, however, the Complaint's allegations are frivolous and meandering. Further, Plaintiff alleges both federal court and diversity jurisdiction. He alleges that the basis for federal jurisdiction is 8 U.S.C. § 1400(a), which is a patent statute. There are no allegations in the Complaint that would suggest a patent action. He also sues under the Eighth and Fourteenth Amendment but the allegations do not support causes of action under those Amendments. As to diversity jurisdiction, the named Defendants are all citizens of California. Thus, there is no diversity jurisdiction under 28 U.S.C. § 1332.

*(attach additional pages if necessary)*